# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, et al., <br>         Plaintiffs, <br> v. <br> WALTER WENDLER, in his official capacity as the President of West Texas A&M University, <br>         Defendant. | Case No.: 2:23-cv-00048-Z <br><br> Hon. Matthew J. Kacsmaryk |

## **PLAINTIFFS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Spectrum WT, Barrett Bright, and Marcus Stovall (f/k/a Lauren Stovall) appeal to the United States Court of Appeals for the Fifth Circuit from the January 17, 2026, final judgment of this Court (ECF No. 169). In appealing from the final judgment, Plaintiffs also appeal all orders and findings of fact and conclusions of law that are appealable from or ancillary to the final judgment, including but not limited to the Court's (1) Order granting in part of Defendants' Motions to Dismiss Under Rules 12(b)(1) and 12(b)(6) (ECF No. 59); (2) denial of Plaintiff Spectrum WT's Motion for Summary Judgment (ECF No. 165); (3) evidentiary rulings at the January 9, 2026, pretrial conference; and (4) findings of fact and conclusions of law (ECF No. 168).

| | |
|---|---|
| Dated: February 12, 2026 | Respectfully submitted, |
| | /s/ JT Morris |
| | JT MORRIS |
| | TX Bar No. 24094444 |
| | CONOR T. FITZPATRICK* |
| | MI Bar No. P78981 |
| | FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION |
| | 700 Pennsylvania Ave., SE |
| | Ste. 340 |
| | Washington, DC 20003 |
| | Tel: (215) 717-3473 |
| | Fax: (267) 573-3073 |
| | jt.morris@fire.org |
| | conor.fitzpatrick@fire.org |
| | |
| | ADAM B. STEINBAUGH* |
| | PA Bar No. 326475 |
| | JEFFREY D. ZEMAN* |
| | Pa. Bar No. 328570 |
| | SAMUEL RUDOVSKY* |
| | PA BAR NO. 335724 |
| | FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION |
| | 510 Walnut St.; Ste. 900 |
| | Philadelphia, PA 19106 |
| | Tel: (215) 717-3473 |
| | Fax: (267) 573-3073 |
| | adam@fire.org |
| | jeff.zeman@fire.org |
| | sam.rudovsky@fire.org |
| | |
| | * Admitted *Pro Hac Vice* |
| | |
| | *Attorneys for Plaintiff Spectrum WT* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris