# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2026

Lyle W. Cayce
Clerk

No. 26-10127

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that Appellants' unopposed motion for an extension of 60 days, to and including June 26, 2026, to file the brief is GRANTED.

_____
Don R. Willett
*United States Circuit Judge*