**NO. 26-10127**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs-Appellants*,

v.

WALTER WENDLER,

*Defendant-Appellee*.

---

# APPELLANTS' UNOPPOSED MOTION FOR PARTIAL DISMISSAL AS TO CERTAIN PARTIES

---

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division,
Civil Action No. 2:23-CV-48
Hon. Matthew J. Kacsmaryk, Presiding

---

JT Morris
*Counsel of Record*
Samuel Rudovsky
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave., S.E.
Ste. 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@fire.org
sam.rudovsky@fire.org

Sara Berinhout
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 251
sara.berinhout@fire.org
adam@fire.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is *Spectrum WT v. Wendler* (USDC Civil No. 2:23-CV-48, Northern District of Texas).

Counsel of record certifies that the following listed persons or entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellants**
Spectrum WT
Barrett Bright
Marcus Stovall f/k/a Lauren Stovall

**Attorneys for Plaintiff-Appellant**
JT Morris
Conor T. Fitzpatrick
Samuel Rudovsky
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, D.C. 20003

Adam Steinbaugh
Sara Berinhout
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 900
Philadelphia, PA 19106

**Defendant-Appellee**
Dr. Walter Wendler

**Attorneys for Defendant-Appellee**
William R. Peterson
William F. Cole
Monroe David Bryant, Jr.
Zachary Berg
Munera Al-Fuhaid
Alexia Baker
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

**Former Parties and Other Interested Parties**
John Sharp
Glenn Hegar
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr
West Texas A&M University
Texas A&M University System

Respectfully,

/s/ JT Morris
*Counsel of Record for*
*Plaintiffs-Appellants*

TO THE HONORABLE COURT OF APPEALS:

Plaintiffs-Appellants Spectrum WT, Barrett Bright, and Lauren Stovall move under Fed. R. App. P. 42(b) to dismiss Bright and Stovall as Appellants from this appeal.

Plaintiff-Appellant Spectrum WT and Defendant-Appellee Walter Wendler remain as parties to this appeal.

Defendant-Appellee is unopposed to this motion.

In support, Plaintiffs-Appellants state as follows:

1. In September 2023, the district court dismissed Plaintiffs Bright and Stovall's damages claims, ruling Defendant-Appellee President Walter Wendler was entitled to qualified immunity. *Spectrum WT v. Wendler*, Civ. No. 2:23-CV-48 (N.D. Tex. Nov. 14, 2025), ECF No. 59 at 20.

2. In September 2025, the district court dismissed Plaintiffs Bright and Stovall's prospective claims for injunctive and declaratory relief, as they were no longer enrolled at West Texas A&M University. *Spectrum WT v. Wendler*, Civ. No. 2:23-CV-48 (N.D. Tex. Nov. 14, 2025), ECF No. 116.

3. At the same time, the district court held Plaintiff-Appellant Spectrum WT had maintained standing to sue for prospective relief. *Id.*

4. On January 17, 2026, the district court entered findings of fact and conclusions of law, along with final judgment, denying Spectrum WT permanent injunctive and declaratory relief. Spectrum WT takes this appeal from that final judgment.

5. Appellants-Plaintiffs move the Court to dismiss Bright and Stovall from this appeal with respect to all their claims for relief.

6. Spectrum WT remains as the Plaintiff-Appellant.

7. Appellants request the dismissed parties bear their own costs.

8. Appellants' counsel has conferred by e-mail with counsel for Defendant-Appellee, who has stated that Appellee does not oppose this motion.

Dated: April 8, 2026

Respectfully,

/s/ JT Morris
JT Morris
Samuel Rudovsky
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@fire.org

sam.rudovsky@fire.org

Sara Berinhout
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
sara.berinhout@fire.org
adam@fire.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF CONFERENCE

I certify that on April 7, 2026, I conferred with William Cole, counsel for Defendant-Appellee Walter Wendler, who responded that Defendant does not oppose the relief requested in this motion.

Dated: April 8, 2026

/s/ JT Morris
JT Morris
Attorney for Plaintiff-Appellant

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. Civ. P. 27(d)(2)(a) because this motion contains 259 words, excluding the parts of the brief exempted by Fed. R. Civ. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface and typestyle requirements of Fed. R. Civ. P. 27(d)(1)(E) and Fed. R. Civ. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point Century Schoolbook font.

Dated: April 8, 2026

/s/ JT Morris
JT Morris
Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

This certifies that on April 8, 2026, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

/s/ JT Morris
JT Morris
Attorney for Plaintiff-Appellant