# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc w/encl:
- Ms. Sara Berinhout
- Mr. Monroe David Bryant Jr.
- Mr. William Francis Cole
- Mr. JT Morris
- Mr. Christopher John Pavlinec
- Mr. Samuel Rudovsky
- Mr. Adam Steinbaugh

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 26-10127

Spectrum WT,

Plaintiff - Appellant

v.

Walter Wendler,

Defendant - Appellee