# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 15, 2026
Lyle W. Cayce
Clerk

No. 26-10127

Spectrum WT,

*Plaintiff—Appellant*,

*versus*

Walter Wendler,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of April 15, 2026 as to Appellants Lauren Stovall and Barrett Bright, pursuant to Appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ________________________
Rebecca Jeanfreau, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT