**No. 26-10127**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

SPECTRUM WT

*Plaintiff-Appellant*

v.

WALTER WENDLER, in his official capacity as
the President of West Texas A&M University,

*Defendant-Appellee*

On Appeal from the United States District Court for the Northern District of Texas, Amarillo Division, Civil Action No. 2:23-cv-48
Hon. Matthew J. Kacsmaryk Presiding

---

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

JT Morris
*Counsel of Record*
Samuel Rudovsky
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave., S.E.
Ste. 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@fire.org
sam.rudovsky@fire.org

Sara Berinhout
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 251
sara.berinhout@fire.org
adam@fire.org

*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is *Spectrum WT v. Wendler* (USDC Civil No. 2:23-CV-48, Northern District of Texas).

Counsel of record certifies that the following listed persons or entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiff-Appellant**
Spectrum WT

**Attorneys for Plaintiff-Appellant**
JT Morris
Conor T. Fitzpatrick
Samuel Rudovsky
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003

Adam Steinbaugh
Sara Berinhout
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut Street, Ste. 900
Philadelphia, PA 19106

**Defendant-Appellee**
Dr. Walter Wendler

**Attorneys for Defendant-Appellee**
William R. Peterson
William F. Cole
Christopher John Pavlinec
Monroe David Bryant, Jr.
Zachary Berg
Munera Al-Fuhaid
Alexia Baker
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

**Former Parties and Other Interested Parties**
Barrett Bright
Marcus Stovall f/k/a Lauren Stovall
John Sharp
Glenn Hegar
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr
West Texas A&M University
Texas A&M University System

Respectfully,

/s/ JT Morris
*Counsel of Record for Plaintiff-Appellant*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff-Appellant Spectrum WT respectfully moves unopposed under Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rules 26.2, 27, and 31.4.2 for an additional extension of 30 days to file Appellant's Brief. Good cause exists to grant the requested extension in light of the parties' pending joint petition for initial hearing en banc. Dkt. No. 41.

In support, Appellant states as follows:

1. The current due date to file Appellant's Brief is June 26, 2026. A 30-day extension would result in a new deadline of July 27, 2026.

2. Appellant made one prior request for an extension, Dkt. No. 27, which the Court granted. Dkt. No. 35.

3. Appellant intends to seek no further extension of time to file its opening panel stage brief.

4. Defendant-Appellee does not oppose this Motion.

5. Good cause exists for this extension given the parties' pending joint petitions under Federal Rule of Appellate Procedure 40(g) for initial hearing en banc in this appeal and in a pending related appeal, *Texas*

*A&M Queer Empowerment Council v. Mahomes*, (*QEC*), No. 25-20108 (5th Cir. Apr. 2, 2025). Dkt No. 41; *see also QEC*, Dkt. No. 53.

6. Appellant's first extension request explained that extension was "necessary to provide the parties with sufficient time to prepare the en banc petitions and for the full Court to consider whether to hear the matters en banc." Dkt. No. 35.

7. The parties filed those joint petitions for initial en banc review on May 15, 2026. Dkt. No. 41; *QEC*, Dkt. No. 53. The petitions explain how both this appeal and *QEC* "present questions of exceptional importance that have divided judges of this Circuit and that will impact students, faculty, and administrators at over 100 public colleges and universities across the Circuit," and note how this Court had just last year "*sua sponte* ordered rehearing en banc of Spectrum's appeal from the denial of its preliminary injunction motion." Dkt. No. 41 at 8 (citing *Spectrum WT v. Wendler*, 151 F.4th 714 (5th Cir. 2025), *reh'g en banc granted, op. vacated*, 157 F.4th 673 (5th Cir. 2025)); *see also QEC*, Dkt. No. 53 at 9.

8. To date, the Court has not ruled on the joint petition for initial en banc review in either this appeal or *QEC*.

9. The requested 30-day extension will provide this Court additional time to consider whether to grant initial en banc review on these questions of exceptional importance, as "[e]ach request for en banc consideration must be studied by every active judge of the court[.]" Fifth Cir. R. 40.2.1.

10. It will also help avoid the parties expending resources preparing panel stage briefing should the Court decide to initially hear this appeal en banc.

11. Counsel for Appellant has discussed this motion with counsel for Defendant-Appellee, who represent the government parties in both this appeal and in *QEC*. Defendant-Appellee is unopposed to the 30-day extension requested.

12. This extension is not sought for purposes of delay, and Defendant-Appellee will not be prejudiced by the extension.

## REQUESTED RELIEF

For these reasons, Appellant respectfully requests that this Court grant this motion and extend the deadline to file the Appellant's Brief by 30 days, resulting in a new deadline of July 27, 2026.

Dated: June 5, 2026

Respectfully,

/s/ JT Morris
JT Morris
Samuel Rudovsky
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@fire.org
sam.rudovsky@fire.org

Sara Berinhout
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
sara.berinhout@fire.org
adam@fire.org

*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that on June 3 and 4, 2026, I conferred with William Cole, counsel for Defendant-Appellee Walter Wendler, and who confirmed that they do not oppose the relief requested in this motion.

Dated: June 5, 2026

/s/ JT Morris
JT Morris
Attorney for Plaintiff-Appellant

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Civil Procedure 27(d)(2)(a) because this motion contains 540 words, excluding the parts of the brief exempted by Federal Rule of Civil Procedure 32(a)(7)(B)(iii).

2. This motion complies with the typeface and typestyle requirements of Federal Rule of Civil Procedure 27(d)(1)(E) and Federal Rule of Civil Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point Century Schoolbook font.

Dated: June 5, 2026

/s/ JT Morris
JT Morris
Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

This certifies that on June 5, 2026, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

Dated: June 5, 2026

/s/ JT Morris
JT Morris
Attorney for Plaintiff-Appellant