# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 9, 2026

Lyle W. Cayce
Clerk

No. 26-10127

SPECTRUM WT,

*Plaintiff—Appellant*,

*versus*

WALTER WENDLER,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that Appellant's unopposed motion for an extension of time to file its brief is GRANTED IN PART. Appellant shall file its opening brief by no later than July 13, 2026.

DON R. WILLETT
*United States Circuit Judge*