# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 22, 2026

Lyle W. Cayce
Clerk

No. 26-10127

Spectrum WT,

*Plaintiff—Appellant*,

*versus*

Walter Wendler,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

Before Elrod, *Chief Judge*, and Jones, Smith, Stewart, Richman, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll for an initial hearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be heard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify an expedited  briefing schedule for the filing of briefs.

No. 26-10127


IT IS FURTHER ORDERED that this case is consolidated with case 25-20108, *Texas A&M Queer Empowerment Council v. Mahomes*, for oral argument purposes only.