# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 27, 2026

Mr. Brian Klosterboer
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Mr. Klosterboer,

We received the amicus brief of ACLU of Texas and Equality Texas. In light of en banc consideration, a motion to file an amicus brief is required. Therefore, we are taking no action on this brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: S. Rasheed
Shatyra Rasheed, Deputy Clerk
504-310-7646

cc:
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Samuel Rudovsky
Mr. Adam Steinbaugh