# United States Court of Appeals for the Fifth Circuit

No. 26-10127

United States Court of Appeals
Fifth Circuit
**FILED**
July 28, 2026
Lyle W. Cayce
Clerk

Spectrum WT,

*Plaintiff—Appellant*,

*versus*

Walter Wendler,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that the unopposed motion of Professors Dale Carpenter and Eugene Volokh, and the Cato Institute for leave to file an amicus brief in support of Appellant Spectrum WT is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*Chief Judge*