# United States Court of Appeals for the Fifth Circuit

No. 26-10127

United States Court of Appeals
Fifth Circuit
**FILED**
July 28, 2026
Lyle W. Cayce
Clerk

Spectrum WT,

*Plaintiff—Appellant*,

*versus*

Walter Wendler,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that the unopposed motion of Professors Carlos A. Ball, Luke Boso, Joe E. Jeffreys, Nancy Marcus, Esther Newton, Mark Satta, Scott Skinner-Thompson, and Eliot Tracz to file an amicus brief in support of Appellant Spectrum WT is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*Chief Judge*