# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

S. Rasheed

By: _________________________
Shatyra Rasheed, Deputy Clerk
504-310-7646

Mr. Joshua J. Bennett
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Samuel Rudovsky
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh