# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130


July 28, 2026

Mr. Martin Jonathan Siegel
Law Offices of Martin J. Siegel, P.C.
2222 Dunstan Road
Houston, TX 77002

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Mr. Siegel,

The following pertains to your brief electronically filed on July 28, 2026.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Once appearance form is filed, brief will be reprocessed as sufficient.

Sincerely,

LYLE W. CAYCE, Clerk

S. Rasheed

By: _________________________
Shatyra Rasheed, Deputy Clerk
504-310-7646

cc:
Mr. Joshua J. Bennett
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Samuel Rudovsky
Mr. Peter Steffensen
Mr. Adam Steinbaugh