**No. 26-10127**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

SPECTRUM WT

*Plaintiff-Appellant*

v.

WALTER WENDLER, in his official capacity as the President of West Texas A&M University,

*Defendant-Appellee*

On Appeal from the United States District Court for the Northern District of Texas, Amarillo Division, Civil Action No. 2:23-cv-48
Hon. Matthew J. Kacsmaryk Presiding

---

# APPELLANT'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL

---

JT Morris
*Counsel of Record*
Samuel Rudovsky
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
jt.morris@fire.org
sam.rudovsky@fire.org

Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
adam@fire.org

*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is *Spectrum WT v. Wendler* (USDC Civil No. 2:23-CV-48, Northern District of Texas).

Counsel of record certifies that the following listed persons or entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiff-Appellant**
Spectrum WT

**Attorneys for Plaintiff-Appellant**
JT Morris
Conor T. Fitzpatrick
Samuel Rudovsky
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003

Adam Steinbaugh
Sara Berinhout
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut Street, Ste. 900
Philadelphia, PA 19106

**Defendant-Appellee**
Dr. Walter Wendler

**Attorneys for Defendant-Appellee**
William R. Peterson
William F. Cole
Christopher John Pavlinec
Monroe David Bryant, Jr.
Zachary Berg
Munera Al-Fuhaid
Alexia Baker
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

**Former Parties and Other Interested Parties**
Barrett Bright
Marcus Stovall f/k/a Lauren Stovall
John Sharp
Glenn Hegar
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.
West Texas A&M University
Texas A&M University System

Respectfully,

/s/ JT Morris
*Counsel of Record for*
*Plaintiff-Appellant*

TO THE HONORABLE COURT OF APPEALS:

Plaintiff-Appellant Spectrum WT moves under Fed. R. App. P. 10 for an order requesting that the Clerk of the United States District Court for the Northern District of Texas certify and forward to the United States Court of Appeals for the Fifth Circuit an updated Docket Sheet containing the docket entry identified below for inclusion in the Record on Appeal in Case No. 26-10127.

In support, Appellant states as follows:

1. On March 17, 2026, the Clerk of the United States District Court for the Northern District of Texas certified the electronic record on appeal.

2. The same day, the Clerk of the United States District Court for the Northern District of Texas received a flash drive containing the native versions of Plaintiff-Appellant's Trial Exhibits—specifically Exhibits 25, 28, and 42. ROA.28.

3. Because the certified record was prepared before the district court received the flash drive, the certified record omits the docket entry showing the district court's receipt of the flash drive. Specifically, the record omits the following entry:

| Dkt. | Date | Description |
|---|---|---|
| 222 | 3/17/2026 | Flash drive received … filed by Spectrum WT. (Flash drive stored in clerk's office vault.) |

4. The docket entry is material to show that the flash drive containing the native versions of Plaintiff-Appellant's Trial Exhibits 25, 28, and 42 was received and processed by the Clerk of Court.

5. Appellant's counsel have conferred with counsel for Appellee, who have indicated that Appellee does not oppose this motion.

Dated: July 27, 2026

Respectfully,

/s/ JT Morris
JT Morris
Samuel Rudovsky
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
jt.morris@fire.org
sam.rudovsky@fire.org

Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
adam@fire.org

*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

This certifies that on July 27, 2026, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

/s/ JT Morris
JT Morris
*Attorney for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it contains 248 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in proportionally spaced typeface using 14-point Century Schoolbook font.

Dated: July 27, 2026

/s/ JT Morris
JT Morris
*Attorney for Plaintiff-Appellant*