# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 30, 2026
Lyle W. Cayce
Clerk

No. 26-10127

Spectrum WT,

*Plaintiff—Appellant*,

*versus*

Walter Wendler,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that Appellant's unopposed motion to supplement the record on appeal with the completed district court's docket sheet is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT