# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 30, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Joshua J. Bennett
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Thomas S. Leatherbury
Ms. Karen S. Mitchell
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Samuel Rudovsky
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh