# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Nina M. Fernandez, Deputy Clerk
504-310-7630

Mr. Joshua J. Bennett
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Brian Klosterboer
Mr. Thomas S. Leatherbury
Ms. Karen S. Mitchell
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Samuel Rudovsky
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh