# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 4, 2026
Lyle W. Cayce
Clerk

No. 26-10127

Spectrum WT,

*Plaintiff—Appellant*,

*versus*

Walter Wendler,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that the motion of The American Civil Liberties Union of Texas and Equality Texas for leave to file Amicus curiae brief in support of the Plaintiff-Appellant is GRANTED.

Jennifer W. Elrod
*Chief Judge*