August 5, 2026

<u>**Via CM/ECF**</u>
Mr. Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

**RE: *Spectrum WT v. Wendler*, No. 26-10127**

Dear Mr. Cayce:

I write to advise the Court of my withdrawal as counsel for Appellant Spectrum WT in the above-referenced case, as I am no longer employed by the Foundation for Individual Rights and Expression, which continues to represent Appellant through JT Morris, Adam Steinbaugh, and Samuel Rudovsky. This withdrawal will not cause any delay in proceedings.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Sara Berinhout
Sara Berinhout

cc: All Counsel of Record (via E-File Service)