# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2026

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Counsel for Appellant,

The following pertains to your brief and record excerpts received in paper form on 9/1/26: The 22 paper copies of your appellant's brief and record excerpts should be single sided copies. Please send in 22 copies each of your appellant's brief and record excerpts, please be sure to follow the same instructions for paper copies. (color covers, header on cover and on the pages, spirally bound, record excerpts tabbed, etc.)

These are due in our office on 9/8/26.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

cc:
- Mr. Joshua J. Bennett
- Mr. Monroe David Bryant Jr.
- Mr. William Francis Cole
- Mr. Brian Klosterboer
- Mr. Thomas S. Leatherbury
- Mr. JT Morris
- Mr. Samuel Rudovsky
- Mr. Martin Jonathan Siegel
- Mr. Peter Steffensen
- Mr. Adam Steinbaugh