KEN PAXTON
ATTORNEY GENERAL OF TEXAS

William F. Cole
Principal Deputy Solicitor General

(512) 936-1700
William.Cole@oag.texas.gov

September 9, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

**Re: No. 26-10127, *Spectrum WT v. Walter Wendler***

Dear Mr. Cayce:

I write to notify the Court that, effective September 1, 2026, Defendant Walter Wendler retired from his position as President of West Texas A&M University. Dr. Neil Terry currently serves as the Interim President of West Texas A&M University. Under to Federal Rule of Appellate Procedure 43(c)(2), Dr. Terry should be "automatically substituted as a party" in the place of Dr. Wendler.

Respectfully submitted.

/s/ William F. Cole

William F. Cole
Principal Deputy Solicitor General
*Counsel for Defendant-Appellee*

cc: all counsel of record (via CM/ECF)