No. 26-10127

# In the United States Court of Appeals for the Fifth Circuit

Spectrum WT,

*Plaintiff–Appellant*,

v.

Walter Wendler,

*Defendant–Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division

## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Appellate Procedure 43, Appellee, Walter Wendler, moves the Court for substitution of his successor in office.

Effective September 1, 2026, Dr. Wendler retired from his position as President of West Texas A&M University and has thus "cease[d]to hold [that] office." Fed. R. App. P. 43(c)(2); *see* Chip Chandler, *WT President Walter V. Wendler Announces Retirement*, W. Tex. A&M Univ., (June 23, 2026), https://tinyurl.com/6s74p9t6. Dr. Neil Terry currently serves as the Interim President of the University. *See Neil Terry Selected as Interim President of West Texas A&M University*, W. Tex. A&M Univ. (July 27, 2026), https://tinyurl.com/hdtwvc3n. Under Federal Rule of Appellate Procedure 43(c)(2), Dr. Terry should be "automatically substituted as a party" in the place of Dr. Wendler.

## Conclusion

This Court should substitute Dr. Neil Terry as the Appellee in this appeal in the place of Dr. Wendler, who no longer holds the public office he previously occupied.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

William R. Peterson
Solicitor General

/s/ William F. Cole
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

*Counsel for Defendant-Appellee*

## Certificate of Conference

On September 9, 2026, I conferenced this motion with J.T. Morris, counsel for Appellant, who indicated that Appellant was unopposed to the relief requested.

/s/ William F. Cole
William F. Cole

## Certificate of Compliance

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 152 words, excluding the parts of the brief exempted by Rule 32(f) and Fifth Circuit Rule 32.2, according to the word count of Microsoft Word. This brief complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Equity font.

/s/ William F. Cole
William F. Cole