# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 10, 2026

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

No. 26-10127 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Mr. Morris,

You must submit the 22 paper copies of your reply brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.

Sincerely,

LYLE W. CAYCE, Clerk

By: Charles Whitney
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
Mr. Joshua J. Bennett
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Brian Klosterboer
Mr. Thomas S. Leatherbury
Mr. Samuel Rudovsky
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh