# United States Court of Appeals for the Fifth Circuit

No. 26-10127

SPECTRUM WT,

*Plaintiff—Appellant*,

*versus*

WALTER WENDLER,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that Appellee's unopposed motion to substitute Dr. Neil Terry as the appellee in this case in the place of Walter Wendler is GRANTED.

JENNIFER WALKER ELROD
*Chief Judge*